# United States Court of Appeals
## For the First Circuit

No. 05-2386

KEITH SCHNEIDER, Individually and on Behalf
of all Other Individuals Similarly Situated,

Plaintiff, Appellant,

v.

LOCAL 103 I.B.E.W. HEALTH PLAN; DAVID R. MACKAY; WILLIAM SEAVER;
JOHN A. PENNEY; JOHN DUMAS; MICHAEL MONAHAN; and CHUCK MONAHAN,

Defendants, Appellees,

HARRISON ELECTRICAL WORKERS TRUST FUND,
TIMOTHY GAUTHIER and GRANT ZADOW.

Defendants.

ERRATA

The opinion of this court issued on March 21, 2006, should be amended as follows:

Cover sheet:  replace "Coffin and Campbell, Circuit Judges" with Coffin and Campbell, Senior Circuit Judges.